IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOUIS REED, JR.,

    Petitioner,

v.                                                   CASE NO. 4:07-cv-0047-SPM-AK

FLORIDA PAROLE
COMMISSION, et al.,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 22, Motion to Dismiss Respondent Attorney General. Petitioner has not filed a response to this motion.

The Attorney General is neither Petitioner's custodian nor the person responsible for the imposition or monitoring oof conditional release at issue in this case. He is therefore not a proper party, and it is hereby **RECOMMENDED** that the motion to dismiss be **GRANTED**, and all claims against the Attorney General be **DISMISSED**.

**IN CHAMBERS** at Gainesville, Florida, this  *12th*  day of December, 2007.


                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**