IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOUIS REED, JR.,

      Petitioner,

vs.                                                                              4:07-CV-47-SPM

FLORIDA PAROLE
COMMISSION, et al.,

      Respondents.

_____/

## ORDER DISMISSING CASE AGAINST ATTORNEY GENERAL

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 38).  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 38) is adopted and incorporated by reference in this order.

2.     The motion to dismiss (doc. 22) is hereby granted.

3. All claims against Defendant Attorney General are *dismissed.*

**DONE AND ORDERED** this eleventh day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge