IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOUIS REED, JR.,

       Petitioner,

vs.	Case No. 4:07-CV-47-SPM

FLORIDA PAROLE
COMMISSION, et al.,

       Respondents.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 40). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 40) is adopted and incorporated by reference in this order.

2. The Amended Petition for Writ of Habeas Corpus is hereby denied for failure to exhaust all remedies available in state court.

3. This case is hereby *dismissed without prejudice.*

**DONE AND ORDERED** this <u>fifth</u> day of June, 2008.

<u>   s/Stephan P. Mickle   </u>
Stephan P. Mickle
United States District Judge